# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivonne Barajas,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Walmart, Inc. et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cv-03226-CBM-JDE<br><br>**ORDER RETURNING CASE FOR REASSIGNMENT** |

    IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

April 18, 2025
Date

United States District Judge

---

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge   Cynthia Valenzuela   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   CV   after the case number in place of the initials of the prior judge so that the case number will read   2:25-cv-03226 CV(JDEx)  . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*  ☐ *Statistics Clerk*

CV-89 (06/23)            **ORDER RETURNING CASE FOR REASSIGNMENT**