JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

IVONNE BARAJAS, an individual;

    Plaintiff,

vs.

WALMART INC., a corporation; and
DOES 1 through 50, Inclusive.

    Defendant.

Case No.: 2:25-cv-03226-CV (JCx)

**ORDER OF DISMISSAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL**

On June 18, 2025, the parties jointly stipulated that this action be dismissed with

prejudice as to all claims, causes of action, and parties, with each party bearing its own

attorney's fees and costs, under Fed. R. Civ. P. 41(a)(1)(ii) ("Stipulation"). Doc. # 22.

The Court, having considered the Stipulation and good cause having been found,

hereby GRANTS the Stipulation and ORDERS that, under Fed. R. Civ. P. 41(a)(1)(ii),

this action is DISMISSED WITH PREJUDICE as to all claims causes of action, and

parties, with each party bearing that party's own attorney's fees and costs. The Clerk

is directed to close the file.

DATE: ___7/7/25_____

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE